**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 25−33661 − KAC
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

MASON DAVID JURCHISIN
asf M2FOOD, INC.

6695 135TH ST W
APPLE VALLEY, MN 55124

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−2763

MATTIE SARAH SCHMIDT JURCHISIN

6695 135TH ST W
APPLE VALLEY, MN 55124

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−3527

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 10/30/2026, or, for governmental units, within 180 days from the date of the Order for Relief or 10/30/2026, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 7/28/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk